JUDGE KAPLAN                    08 CV 4884

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PENINSULA ENTERPRISE SpA,

                Plaintiff,                    08 CV _____

   - against -

MAYSTO DEMIR CELIK PLASTIK SANAYI VE            DISCLOSURE OF
TICARET LTD. SRL a/k/a MAESTRO                  INTERESTED PARTIES
IRON-STEEL-PLASTICS LTD.,                       PURSUANT TO
AL GHANIM CONSULTING ENGINEERS &                FEDERAL RULE 7.1
CONSTRUCTION MANAGEMENT and ANWAAR
AL GHANIM,

                Defendants.
------------------------------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:     None.

Dated: May 27, 2008
       New York, NY

                              The Plaintiff,
                              PENINSUAL ENTERPRISE SpA

                       By: _/s/ Anne C. LeVasseur_
                              Kevin J. Lennon
                              Anne C. LeVasseur

                              LENNON, MURPHY & LENNON, LLC
                              The Gray Bar Building
                              420 Lexington Avenue, Suite 300
                              New York, NY 10170
                              (212) 490-6050 - phone
                              (212) 490-6070 - fax
                              kjl@lenmur.com / acl@lenmur.com

[Stamp: RECEIVED MAY 27 2008 U.S.D.C. S.D.N.Y. CASHIERS]