CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ  07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
PENINSULA ENTERPRISE SpA.,

            Plaintiff,      :      08-CV-4884

      v.      :      **NOTICE OF APPEARANCE**

MAYSTO DEMIR CELIK PLASTIK SANAYI VE
TICARET LTD. SRL a/k/a MAESTRO IRON-
STEEL-PLASTICS LTD., AL GHANIM
CONSULTING ENGINEERS &
CONSTRUCTION MANAGEMENT and
ANWAAR AL GHANIM,

            Defendants.
-----------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel for Garnishee, Societe Generale New York Branch.  I certify that I am admitted to practice before this Honorable Court.

Dated: North Bergen, New Jersey
       June 17, 2008

                           CLARK, ATCHESON & REISERT
                           Attorneys for Garnishee
                           Societe Generale New York Branch

By: _____
      Richard J. Reisert (RR-7118)
      7800 River Road
      North Bergen, NJ  07047
      Tel: (201) 537-1200
      Fax: (201) 537-1201
      Email: reisert@navlaw.com