```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
PENINSULA ENTERPRISE SpA,

                    Plaintiff,

       -against-                                    08 Civ. 04884 (LAK)

MAYSTO DEMIR CELIK PLASTIK SANAYI
VE TICARET LTD. SRL, et al.,

                    Defendants.
------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED #: 10/26/09

## ORDER

LEWIS A. KAPLAN, *District Judge.*

      Plaintiff shall show cause, on or before November 10, 2009, why the process of maritime attachment previously issued in this action should not be vacated or modified and the action dismissed in light of *Shipping Corp. of India Ltd. v. Jaldhi Overseas Pte Ltd.,* Nos. 08-3477-cv(L), 08-3758-cv(XAP), (2d Cir. Oct. 16, 2009).

      SO ORDERED.

Dated:   October 26, 2009

/s/ Lewis A. Kaplan
_____
Lewis A. Kaplan
United States District Judge